UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL H. FISCHER<br>(Social Security No. XXX-XX-7126),<br><br>   Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART, Commissioner<br>of Social Security Administration,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:06-cv-55-WGH-RLY |

**FINAL JUDGMENT ENTRY**

After oral argument held before the court on January 9, 2007, and for the reasons outlined in the Findings transcribed and attached hereto, the final decision of the Commissioner is **AFFIRMED,** and this case is **DISMISSED.**

**Entered:**  January 17, 2007

_____
   WILLIAM G. HUSSMANN, JR.
   Magistrate Judge

**Copies to:**

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Michael H. Fischer
712 E. Second Street
Huntingburg, IN  47542